UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 DEC 22 PM 12:07

Dennis Temple, # 274802

Plaintiff,

vs.

Oconee County, Sheriff, James Singleton; Captain, Greg Reed; Sergeant, Scott Arnold; Sergeant, Jerry Moss; Solicitor, Chrissy T. Adams; Assistant Solicitor Lindsey S. Simmons; Anderson-Independent Newspaper Inc.; Reporter, John Doe; Daily Journal Newspaper Inc.; Reporter, Andrew Moore; Reporter, Norman Cannon; Greenville Newspaper Inc.; publisher, Steven R. Brandt; Editior, John Pittman; Fox Carolina News Inc.; Reporter, Cody Alcorn; Reporter, Diana Watson; News 13 Inc.; Reporter, Darcel Grimes; Reporter, Tammy Watford; News 7 Inc.; Reporter, Gordon Dill; Reporter, Tom Crabtree; News 4 Inc.; Reporter, Carol Goldsmith; Reporter, Nigel Robertson in their individual capacity.

Defendants,

VERIFIED COMPLAINT

## INTRODUCTION

1. This is a libel and slander actions filed by Plaintiff, Dennis Temple, a state prisoner, alleging publishing false and defamatory picture(s), writing(s) and statement(s) of Plaintiff to a third party in violation first and fourteenth Amendment of the United States Constitution and conspiracy claim under 42 U.S.C. 1985 and 1986.

## JURISDICTION

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331 in that this is a civil action arising under the Constitution of the United States.

3. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1343 in that this action seeks to redress the deprivation, under color of state law of rights secured by Acts of Congress providing for equal rights of persons within the Jurisdiction of the United States.

4. Jurisdiction of this court is invoked pursuant to 42 U.S.C. §§ 1985 & 1986 in that this is a civil action arising under the Conspiracy statute.

5. Supplemental Jurisdiction over state court claims under S.C. code Ann. §§§ 15-3-550(1); 15-78-10 et seq.; 16-5-10 et seq.; for slander and libel, Gross Neligence, Conspiracy and Constitutional claims are invoked pursuant to 28 U.S.C. § 1367.

## VENUE

6. Venue of this court is invoked pursuant to 28 U.S.C. 1391(a)(b)(c) in that this is a civil action founded on both diversity of citizenship and non-diversity of citizenship.

## PLAINTIFF

7. The plaintiff, Dennis Temple was a resident of Seneca, South Carolina and detained at the Oconee County Detention center during events described in this complaint.

## DEFENDANTS

8. Defendant Oconee County is located in the up-state Region of South Carolina. It's the entity that is responsible for the policies that defendants were carring out. It is sued in its individual capacity.

9. Defendant James Singleton was the sheriff of the Oconee County Sheriff's Department. He is responsible for making policies, training, supervison, and care for staff, officers, inmates and detainees at the Oconee County Detention Center. He is sued in his individual capacity.

10. Defendant Greg Reed is a Captain at the Oconee County Sheriff's Department and is responsible for events described in this complaint. He is sued in his individual capacity.

11. Defendant Scott Arnold is a Sergeant at the Oconee County Sheriff's Department and is responsible for events described in this complaint. He is sued in his individual capacity.

12. Defendant Jerry Moss is a Sergeant at the Oconee County Sheriff's Department and is responsible for events described in this complaint. He is sued in his individual capacity.

13. Defendant Chrissy T. Adams is the Solicitor of the 10th Judicial circuit in Oconee and Anderson Counties and is responsible for events described in this complaint. She is sued in her individual capacity.

14. Defendant Lindsey S. Simmons is the Assistant Solicitor of the 10th Judicial circuit in Oconee and Anderson Counties and is responsible for events described in this complaint. She is sued in her individual capacity.

15. Defendant Anderson - Independent Inc. is a Newspaper company located in the upstate Region of Anderson County, South Carolina and is responsible for events described in this complaint. It is sued in its individual capacity.

16. Defendant John Doe is a reporter at the Anderson-Independent Newspaper Inc. and is responsible for events described in this complaint. He is sued in his individual capacity.

17. Defendant Daily Journal Newspaper Inc. is a company located in the upstate region of Oconee County, South Carolina and is responsible for events described in this complaint. He is sued in his individual capacity.

18. Defendant Andrew Moore is a reporter at the Daily Journal Newspaper Inc. and is responsible for events described in this complaint. He is sued in his individual capacity.

19. Defendant Norman Cannon is a reporter at the Daily Journal Newspaper Inc. and is responsible for events described in this complaint. He is sued in his individ-ual capacity.

20. Defendant Greenville Newspaper Inc. is a newspaper company located in the upstate region of Greenville, South Carolina and is

responsible for events described in this complaint. It is sued in its individual capacity.

21. Defendant Steven R. Brandt is the publisher of the Greenville Newspaper and is responsible for events described in this complaint. He is sued in his individual capacity.

22. Defendant John S. Pittman is the chief editior of the Greenville Newspaper and is responsible for events described in this complaint. He is sued in his individual capacity.

23. Defendant Fox Carolina News Inc. is a Television Broadcaster Company on channel twentyone in the upstate region of South Carolina and is responsible for events described in this complaint. It is sued in its individual capacity.

24. Defendant Cody ALcorn is a reporter at Fox Carolina News and is responsible for events described in this complaint. He is sued in his individual capacity.

25. Defendant Diana Watson is a reporter at Fox Carolina News and is responsible for events described in this complaint. She is sued in her individual capacity.

26. Defendant News 13 Inc. is a Television Broadcaster Company on channel thirteen in the upstate region of South Carolina and is responsible for events described in this complaint. It is sued in its individual capacity.

27. Defendant Darcel Grimes is a reporter at News 13 Inc. and is responsible for events described in this complaint. She is sued in her individual capacity.

28. Defendant Tammy Watford is a reporter at News 13 Inc. and is responsible for events described in this complaint. She is sued in her individual capacity.

29. Defendant News 7 Inc. is a Television Broadcaster Company on channel Seven in the upstate region of South Carolina and is responsible for events described in this complaint. It is sued in its individual capacity.

30. Defendant Gordon Dill is a reporter at News 7 Inc. and is responsible for events described in this complaint. He is sued in his individual capacity.

31. Defendant Tom Crabtree is a reporter at News 7 Inc. and is responsible for events described in this complaint. He is sued in his individual capacity.

32. Defendant News 4 Inc. is a Television Broadcaster Company and is responsible for events described in this complaint. It is sued in its individual capacity.

33. Defendant Carol Goldsmith is a reporter at News 4 Inc. and is responsible for events described in this complaint. She is sued in her individual capacity.

34. Defendant Nigel Robertson is a reporter at News 4 Inc. and is responsible for events described in this complaint. He is sued in his individual capacity.

## STATEMENT OF THE CASE

35. That Plaintiff was a resident of Seneca located in Oconee County, South Carolina.

36. That Plaintiff had a job and a small business.

37. That Defendant Oconee County is located in the upstate region of South Carolina.

38. That Defendant James Singleton was the sheriff of the Oconee County Sheriff's Department.

39. That Defendant Greg Reed (formal Lieutenant) is now a captain at the Oconee County Sheriff's Department.

40. That Defendant Scott Arnold is a Sergeant at the Oconee County Sheriff's Department.

41. That Defendant chrissy T. Adams is the solicitor of the 10th Judicial circuit in Oconee and Anderson Counties.

42. That Defendant Lindsey S. Simmons is a assistant Solicitor of the 10th Judicial circuit in Oconee and Anderson counties.

43. That Defendant Anderson-Independent Newspaper Inc. is the company that publishes the Anderson Independent Newspaper.

44. That Defendant John Doe is a reporter at the Anderson-Independent newspaper.

45. That Defendant Daily Journal Newspaper Inc. is the company that publishes the Daily Journal Newspaper.

46. That Defendant Andrew Moore is a reporter at the Daily Journal Newspaper Inc.

47. That Defendant Norman Cannon is a reporter at the Daily Journal Newspaper Inc.

48. That Defendant Greenville Newspaper Inc. is the company that publishes the Greenville Newspaper.

49. That Defendant Steven R. Brandt is a publisher of the Greenville Newspaper.

50. That Defendant John S. Pittman is the chief editor of the Greenville Newspaper.

51. That Defendant fox Carolina News Inc. is the Company that Broadcast the fox Carolina News on channel twenty-one.

52. That Defendant Cody Alcorn is a News reporter on fox Carolina News.

53. That Defendant Diana Watson is a News reporter on fox carolina news.

54. That Defendant News 13 Inc. is the company that Broadcast News on channel thirteen.

55. That Defendant Darcel Grimes is a news reporter on news thirteen.

56. That Defendant Tammy Watford is a News reporter on news thirteen.

57. That Defendant News 7 Inc. is the company that Broadcast the News on channel seven.

58. That Defendant Gordon Dill is a news reporter on news seven.

59. That Defendant Tom Crabtree is a news reporter on news Seven.

60. That Defendant News 4 Inc. is the company that Broadcast News on channel four.

61. That Defendant Carol Goldsmith is News reporter on news channel four.

62. That Defendant Nigel Robertson is a news reporter on news channel four.

63. That on may 10, 2010 a 19 year old white female clemson University student named Catherine McGough alleged in her Seven page Sworn written Statement to police at the Oconee County medical center inconclusion that . . .

64. "On may 9, 2010 she arrived at her storage unit at the All safe storage in Seneca, South Carolina at 4:30 P.m.

65. When she noticed a blackman between the age 20 to 40 walking on site without a car.

66. She became nerous and he tried to sell her some shoes, but she did not want to buy.

67. He then beat her up, dragged her into his storage unit where he raped her, cleaned her out with a blue cloth and stole her car and left her tied up inside his storage unit.

68. That clemson student (catherine McGough) Sworn written statement dated may 10, 2010 never mention storage unit 193 or Plaintiff's (Dennis Temple) name and never stated that she identifed Plaintiff as the assailent or blackman that sexually assaulted her, tied her up, and locked her inside his storage unit.

69. That Defendant Arnold had the Magistrate Judge Blake Norton issue three arrest warrants for Plaintiff's arrest.

70. That Defendant Oconee County, Singleton, Reed, Arnold, Moss, Adams, and Simmons informed the media that the clemson student (Catherine McGough) said that Dennis Temple was the man that sexually assaulted her, tied her up, and locked her inside his storage unit.

71. That Defendant Anderson - Independent Newspaper Inc.; John Doe; Daily Journal Newspaper Inc.; Moore; Cannon; Greenville Newspaper Inc.; Brandt; Pittman; Fox Carolina News Inc.; ALcorn; watson; News 13 Inc.; Grimes; Watford; News 7 Inc.; Dill; Crabtree; News 4 Inc.; Goldsmith; and Robertson published to a third party photo's, writings and statement(s) involving Plaintiff in the clemson university student assault case or stating in part that the "Clemson University student who said the man (Dennis Temple) sexually assaulted, tied her up and locked her inside his storage unit.

72. That Plaintiff was awaken on the morning of may 11, 2010 by friends and family members whom informed him that a picture of him was wanted for sexually

assaulting, tieing up, and locking a 19 year old clemson University student inside his storage unit.

73. That on may 11, 2010 Plaintiff was arrested by Oconee County Sheriff's Department officer Defendant Reed and Moss for allegedly committing the crimes of Criminal Sexual Conduct, kidnapping and Grand Larceny at the All safe storage in Seneca, South Carolina.

74. That Defendant Reed stated a few words to plaintiff.

75. That plaintiff told Defendant Reed that he had nothing to say and requested a attorney.

76. That plaintiff's miranda rights were read to him.

77. That plaintiff was handcuffed and escorted to the Oconee County Detention Center.

78. That while plaintiff was being escorted into the Oconee County Detention center.

79. That Defendant fox Carolina News, ALcorn, and watson were taking photo's -

of the plaintiff.

80. That Defendant fox Carolina News, Inc.; ALcorn and watson Posted plaintiff's picture(s) on Television channel 21 and on there internet News stating in part that the "Clemson University student said that Plaintiff was the man that sexually assaulted her, tied her up, and locked her inside his storage unit.

81. That once plaintiff was inside the Oconee County Detention Center.

82. That plaintiff was question by the booking officer.

83. That plaintiff was fringer printed and his picture(s) was taken.

84. That plaintiff signed a form refusing Protective custody.

85. That plaintiff was told to change out of his cloths and to put on a orange uniform.

86. That next day - On May 12, 2010 Plaintiff was taken before magistrate Judge Blake Norton whom issued a $ 200,000 bond against Plaintiff to gain his freedom for the charges.

87. That plaintiff was unable to post bail on the $ 200,000 bond and remained detained at the Oconee County Detention Center.

88. That during the time Plaintiff was detained at the Oconee County Detention center. he lost his job and business.

89. That Defendant Oconee County, Singleton, Reed, Arnold, Moss, Adams and Simmons continued making statements orally and written to the public and media regarding plaintiff's involvment in sexually assaulting, tieing up the clemson university student in his storage unit.

90. That during the time Plaintiff was detained at the Oconee County Detention Center.

91. That Defendant Anderson-Independent News Inc.; Doe; Daily Journal News Inc.; Moore; Cannon; Greenville Newspaper Inc.; Brandt; Pittman; Fox Carolina News Inc., Alcorn; Watson; News 13 Inc.; Grimes; Watford; News 7 Inc., Dill; Crabtree; News 4 Inc.; Goldsmith and Robertson continued publishing to a third party statements and writings (orally and written) regarding plaintiff's involvement in sexually assaulting the Clemson University student and posting photo's of him.

92. That the aforesaid statement(s), photo(s) and writings about the Clemson University student said that Dennis Temple was the man that sexually assaulted her, tied her up, and locked her inside his storage unit were false and defamed the Plaintiff's reputation. and were provided to a third party or published with knowledge they were false or with a reckless disregard for whether they were false or not.

93. That the aforesaid photo's, statements and writings was libelous and slanderous per se and damaged plaintiff in the sum of $ 30 million actual and punitive damages.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

94. That the plaintiff was a resident of Seneca, South Carolina and detained at the Oconee County Detention Center on May 11, 2010, when these above incidents took place for the purpose of PLRA these are not prison conditions.

95. That plaintiff filed a complaint with the Oconee County Sheriff's Department on September 15, 2014.

## claims for Relief

96. That the actions, Policies, Practices, usage, and custom of defendant Oconee County, Singleton, Reed, Arnold, Moss, Adams, Simmons, Anderson-Independant Newspaper Inc.; Doe; Daily Journal Newspaper Inc.; Moore; cannon; Greenville Newspaper Inc.; Brandt; Pittman; Fox carolina News Inc.; Alcorn; watson; News 13 Inc.; Grimes; watford, News 7 Inc.; Dill; crabtree; News 4 Inc.; Goldsmith and Robertson by publishing to a third party picture(s) of plaintiff or writing(s) stating that, "Oconee County Sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year old clemson university student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving plaintiff in the abduction and sexual assault of the 19 year old clemson university student (catherine McGough) at the All Safe storage unit in Seneca, South Carolina, which was false

and defamatory constitute libel or who knew or should have reasonably known that by publishing to a third party picture(s) of Plaintiff or writing(s) stating that, "Oconee County Sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year-old clemson university student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving Plaintiff in the abduction and sexual assault of the 19 year-old clemson university student (catherina McGough) at the All safe storage unit in Seneca, South Carolina, which was false and defamatory constitute libel and failed to intervene to prevent from being published to a third party, which were done with actual malice in violation of Plaintiff's first Amendment of the United States constitution.

97. That the actions, policies, practices, usage, and customs of defendant Oconee County; singleton; Reed; Arnold; Moss; Adams, Simmons; Anderson-Independent Newspaper Inc.; Doe ; Daily Journal Newspaper Inc.; Moore; Cannon;

Greenville Newspaper Inc.; Brandt; Pittman; fox carolina News Inc; ALcorn; watson; News 13 Inc.; Grimes; Watford; News 7 Inc.; Goldsmith; and Roberton by publishing to a third party statement(s) stating that, "Oconee County Sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year-old clemson University student (Catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving plaintiff in the abduction and sexual assault of the 19 year-old clemson university student (catherine McGough) at the All safe storage unit in Seneca, South Carolina, which was false and defamatory constitute slander or who knew or should have reasonably known that by publishing to a third party statements stating that, "Oconee County Sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year-old clemson University student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving plaintiff in the abduction and-sexual-

assault of the 19 year-old clemson University student (catherine McGough) at the All Safe storage Unit in Seneca, South Carolina, which was false and defamatory constitute slander and failed to intervene to prevent from being published to a third party were done with actual malice in violation of plaintiff's first Amendment of the United States Constitution.

98. That the actions, policies, practices, usage, and customs of defendant Oconee County, Singleton, Reed, Arnold, Moss, Adams, Simmons; Anderson - Independent Newspaper Inc.; Moore; cannon; Greenville Newspaper Inc.; Brandt; Pittman; Fox Carolina News Inc.; ALcorn; Watson; News 13 Inc.; Grimes; Watford; News 7 Inc.; Dill; Crabtree; News 4 Inc.; Goldsmith and Robertson by publishing picture(s) of plaintiff, writing(s), or statement(s) to a third party that were false and defamatory for the purpose of depriving plaintiff of first Amendment rights and exposing plaintiff for committing criminal acts against a clemson University student (catherine McGough) stating that, "Oconee County sheriff's office investigators have -

arrested a man sought in the abduction and sexual assault of a 19 year-old clemson university student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving plaintiff in the abduction and sexual assault of the clemson university student (catherine McGough) at the All Safe Storage Unit in Seneca, South Carolina, which was false and defamatory and agreed upon by defendants to publish to a third party constitute a conspiracy or who knew or should have reasonably known that by publishing picture(s) of plaintiff writing(s) or statement(s) to a third party that were false and defamatory for the purpose of depriving plaintiff of first Amendment rights and exposing plaintiff for committing criminal acts against a clemson University student (catherine McGough) stating that, "Oconee County sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year-old clemson university student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit; or involving plaintiff in the abduction and sexual assault of the

inside his storage Unit, or involving Plaintiff in the abduction and sexual assault of the clemson University student (catherine McGough) at the All safe storage Unit in Seneca, South Carolina, which was false and defamatory and agreed upon by defendants to publish to a third Party constitute a conspiracy and failed to intervene to prevent from being published to a third Party, which were done with actual malice in violation of 42 U.S.C. 1985 and 1986.

99. That the actions, Policies, practices, usage or customs of defendant Oconee County, Singleton, Reed, Arnold, Moss, Adams, Simmons, Anderson-Independent NewsPaper Inc., Doe; Daily Journal NewsPaper Inc.; Moore; Cannon; Greenville newsPaper Inc.; Brandt; Pittman; Fox Carolina News Inc.; ALcorn; Watson; News 13 Inc.; Grimes; Wofford; News 7 Inc.; Dill; Crabtree; News 4 Inc.; Goldsmith and Robertson by publishing Picture(s); writing(s) or statement(s) of and about plaintiff to a third Party stating that, "Oconee County sheriff's office investigators have arrested

a man sought in the abduction and sexual assault of a 19 year-old clemson University student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving Plaintiff in the abduction and sexual assault of a 19 year-old Clemson University student (Catherine McGough) at the All Safe Storage Unit in Seneca, South Carolina, which was false, defamatory and cause Plaintiff to be arrested and lost of job, lost of business or lost profits constitute a deprivation of his property or who knew or should have reasonably known that by publishing picture(s); writing(s) or statement(s) of and about Plaintiff to a third party, stating that, "Oconee County Sheriff's office investigators have arrested a man sought in the abduction and sexual assault of a 19 year-old clemson University student (catherine McGough) who said the man (Dennis Temple) tied her up and locked her inside his storage unit, or involving Plaintiff in the abduction and sexual assault of a 19 year-old clemson University student (catherine McGough) who said the

man (Dennis Temple) tied her up and locked her inside his storage Unit in Seneca, South Carolina, which was false, defamatory and cause Plaintiff to be arrested and lost of Job, lost of business or lost profits constitute a deprivation of his property and failed to intervene to prevent were done with actual malice in violation of Plaintiff's fourteenth Amendment of the United States Constitution.

WHEREFORE, Plaintiff request that the Court grant the following relief.

1. award compensatory damages in the amount of $ 30 million for injuries to impairment of reputation, standing in the community, personal humiliation, mental anguish, suffering, lost wages, lost of business and lost of profits.

2. award punitive damages for the actual malice or malice acts.

Grant such other relief as it may appear by the Court that Plaintiff is entitled too.

# VERIFICATION

PERSONALLY appeared before me Dennis Temple who, being duly sworn, say that he is the plaintiff herein, that he has read the foregoing verified complaint and that he knows of his own knowledge that the allegations contained therein are true.

s/ [signature]
Dennis M. Temple, #274802
Perry Corr. Inst. Q2A211
430 oak Lawn Road
Pelzer, SC 29669

Sworn to and subscribed to before me this 19th day of December 2014.
[signature] Nancy C Marchant
Notary Public for South Carolina
My Commission Expires: 1-23-2023